■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC ALEJANDRO, Appellant. [896 NYS2d 869]—Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered January 7, 2008, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to concurrent terms of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. We do not find the police testimony to be implausible or materially inconsistent. Concur—Mazzarelli, J.P., Sweeny, Nardelli, Acosta and Manzanet-Daniels, JJ.